# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| **CHRISTOPHER PUCKETT,** ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION FILE** |
| ) | |
| v. ) | **NO.: _____** |
| ) | |
| **MYRON WARD, IN HIS** ) | **Jury Trial Demanded** |
| **INDIVIDUAL CAPACITY,** ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

COMES NOW Defendant Myron Ward, in his individual capacity ("Defendant"), the named Defendant in the above-styled action, by and through his undersigned counsel, and without waiver of any defenses (with the exception of lack of service/insufficient service of process defenses), hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, respectfully showing the Court as follows:

### I.    FACTUAL AND PROCEDURAL BACKGROUND

1.

On November 28, 2023, Plaintiff Christopher Puckett ("Plaintiff") filed his Complaint for Damages (the "Complaint") against Defendant in the Superior Court of Dawson County, Georgia, where it was assigned civil action file number 2023-

CV-0470 (the "State Court Action"). The Superior Court of Dawson County, Georgia, is located within the Gainesville Division of the United States District Court for the Northern District of Georgia.

2.

The Complaint consists of purported state law claims and also consists of purported federal claims and/or relief under federal law being asserted by Plaintiff against Defendant all arising under the same factual allegations/contentions in relation to alleged unlawful arrests and detention of Plaintiff. The Complaint includes counts labelled "Violation of 42 U.S.C. § 1983" (Count X of the Complaint), "Violation of 42 U.S.C. § 1985" (Count XI of the Complaint), "Violation of 42 U.S.C. § 1986" (Count XII of the Complaint), and "Attorney Fees Under 42 U.S.C. § 1988" (Count XIII of the Complaint). Moreover, the Complaint's prayers for relief include a prayer asking for it to be found that "Defendant's actions, policies, and practices complained of herein violated the Plaintiff's rights as enumerated in the Fourth and Fourteenth Amendments of the Constitution of the United States."

3.

Defendant was served with the Complaint on December 8, 2023.

4.

The General Civil Case Filing Information Form, Summons, and Complaint filed in the State Court Action are collectively attached hereto as Exhibit "A" and incorporated herein by reference. The Sheriff's Entry of Service reflecting service of the Summons and Complaint on Defendant on December 8, 2023 and filed in the State Court Action is attached hereto as Exhibit "B" and incorporated herein by reference.

5.

The Complaint filed in the State Court Action contains purported federal claims and/or prayers for relief under federal law arising under the laws of the United States for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, including claims and/or prayers for relief alleging that:

- Defendant engaged in unlawful and tortious conduct depriving Plaintiff of his rights, privileges and immunities secured by the United States Constitution;

- Defendant conspired to directly or indirectly deprive Plaintiff of his rights to equal privileges and immunities secured by the United States Constitution;

- Defendant had knowledge of a conspiracy to directly or indirectly deprive Plaintiff of his rights to equal privileges and immunities

- secured by the United States Constitution and had the power to prevent or aid to prevent said conspiracy with the exercise of reasonable diligence; and

- Plaintiff has filed the Complaint to enforce 42 U.S.C. § 1983, 42 U.S.C. § 1985, and 42 U.S.C. § 1986 against the Defendant and is entitled to the costs to vindicate his rights under the Constitution and laws of the United States pursuant to 42 U.S.C. § 1988.

(See Ex. A, Complaint, at ¶¶ 73-82). As such this Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1331 upon removal pursuant to 28 U.S.C. §§ 1441 and 1446.

6.

This Notice of Removal is timely filed within thirty (30) days of service of the operative Complaint that includes purported federal claims, pursuant to 28 U.S.C. §§ 1331, 1441 and 1446(b).

7.

Myron Ward, in his individual capacity is the lone defendant named in the State Court Action, and consents to the removal of the State Court Action to this Court based on the purported federal law claims and/or prayers for relief under federal law asserted by Plaintiff in the Complaint. Therefore, pursuant to 28 U.S.C.

§ 1446(b)(2)(A), all of the defendants who have been properly joined and served join in and consent to the removal of the State Court Action to this Court.

## II.     BASIS FOR REMOVAL

8.

Defendant incorporates by reference as if fully set forth herein the preceding paragraphs 1 through 7 of Defendant's instant Notice of Removal.

9.

Venue is proper for removal to this district pursuant to 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed State Court Action had been pending.

10.

As required by 28 U.S.C. § 1446(a), the entire record on file in the State Court Action as of this date, including copies of all process, pleadings, notices and/or or orders to the extent applicable, and served upon Defendant, have been attached to and filed contemporaneously with this Notice of Removal as Exhibits "A" and "B," and are incorporated herein by reference.  Further, a copy of the docket sheet in the State Court Action as of this date is attached hereto as Exhibit "C," is filed contemporaneously with this Notice of Removal as Exhibit "C" and is incorporated herein by reference.

11.

The Complaint filed by Plaintiff is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1331, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a), 28 U.S.C. § 1446(a) and 28 U.S.C. § 1446(b), because this Court has original jurisdiction in any action involving a federal question of law under the laws of the United States. Specifically, Counts X, XI, XII, and XIII of the Complaint, which incorporate by reference all preceding paragraphs of the Complaint, assert purported federal claims to enforce alleged violations of 42 U.S.C. § 1983, 42 U.S.C. § 1985, and 42 U.S.C. § 1986, and/or seek costs pursuant to 42 U.S.C. § 1988. (See Ex. A, Complaint, at ¶¶ 73-82 & prayers for relief at A. and H. on pp. 15-16).

12.

Defendant will promptly give written notice of the filing of this Notice of Removal to the Plaintiff by mailing a copy of this Notice via Certified Mail, Return Receipt Requested, and by also delivering a .pdf copy of this Notice to Plaintiff's counsel of record via electronic mail.

13.

Defendant will promptly file this Notice of Removal with the Clerk of the Superior Court of Dawson County, Georgia, as required by 28 U.S.C. § 1446(d). A

copy of this notice to the state court is attached hereto as Exhibit "D" and incorporated herein by reference.

**WHEREFORE**, Defendant respectfully requests that the State Court Action pending in the Superior Court of Dawson County, Georgia be removed to the United States District Court for the Northern District of Georgia, Gainesville Division, with the United States District Court for the Northern District of Georgia, Gainesville Division now having jurisdiction over this action. This notice is hereby given in accordance with 28 U.S.C. § 1446 and pursuant to Rule 11, Federal Rules of Civil Procedure, of the removal of said action to this Court.

Respectfully submitted this 5th day of January, 2024.

                                              **JARRARD & DAVIS, LLP**

                                              */s/ Kenneth P. Robin*
                                              Kenneth P. Robin
                                              Georgia Bar No. 609798
                                              Melissa A. Klatzkow
                                              Georgia Bar No. 692540

                                              ***Attorneys for Defendant Myron Ward, in his individual capacity***

222 Webb Street
Cumming, Georgia 30040
Telephone: (678) 455-7150
Email: krobin@jarrard-davis.com
Email: mklatzkow@jarrard-davis.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served Plaintiff's counsel with a copy of the above and foregoing **Notice Of Removal To The United States District Court** with the Court via CM/ECF electronic filing system which will make automatic electronic delivery to all parties receiving such service. Additionally, a true and correct .pdf copy of the same has been emailed to the following counsel of record for Plaintiff and also placed in the United States mail via certified mail service, return receipt requested with proper postage thereon to the following addresses for Plaintiff's counsel of record[1]:

Aaron Kenneth McCullough, Esq.
McCullough Law, LLC
805 S. Glynn Street
Suite 127 – PMB 423
Fayetteville, Georgia 30214
Email: aaronmcculloughlaw@gmail.com

Aaron K. McCullough, Esq.
Harding Law Firm, LLC
113 E. Solomon Street
Griffin, Georgia 30223
Email: Aaron@TAHardingLawFirm.com

This 5th day of January, 2024.

>                                   **JARRARD & DAVIS, LLP**
>                                   */s/ Kenneth P. Robin*
>                                   Kenneth P. Robin

---

[1] In the abundance of caution, Plaintiff's counsel is being served at his address listed on the Summons and the separate and distinct address listed on page 16 of the Complaint.

        Georgia Bar No. 609798

***Attorneys for Defendant Myron Ward, in his individual capacity***

222 Webb Street
Cumming, Georgia 30040
Telephone: (678) 455-7150
Email: krobin@jarrard-davis.com